**IT IS SO ORDERED.**

**Dated:  19 April, 2019 12:07 PM**



**JESSICA E. PRICE SMITH**
**UNITED STATES BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In re: | CASE NO. 19-11362 |
| Paul F. Zacharias<br>Vivian E. Zacharias | CHAPTER 7 |
| Debtors. | JUDGE JESSICA E. PRICE SMITH<br><br>ORDER GRANTING CITIZENS BANK, N.A., FKA RBS CITIZENS BANK, N.A., FKA CITIZENS BANK, N.A., SBMT CHARTER ONE BANK, N.A.  FOR RELIEF FROM STAY AND ABANDONMENT<br><br>19 Manning Dr., Strongsville OH 44017 |

This matter came before the Court on the Motion for Relief from Stay and Abandonment (the "Motion") filed by Citizens Bank, N.A., fka RBS Citizens, N.A., fka Citizens Bank N.A., sbmt Charter One Bank, N.A., ("Movant") (Docket # 8     ) Movant has alleged that good cause for granting the Motion exists, and that Debtor, counsel for the Debtor, the Chapter 7 Trustee and all other necessary patties were served with the Motion.  No party filed a response or otherwise appeared in opposition

to the Motion or all responses have been withdrawn. For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the Motion is granted. The automatic stay imposed by §362 of the Bankruptcy Code is terminated with respect to the Movant, its successors, and assigns.

IT IS FURTHER ORDERED that the Chapter 7 Trustee is authorized and directed to abandon the property 19 Manning Dr., Strongsville OH 44017.

###

SUBMITTED BY:

/s/ Johna M. Bella
Johna M. Bella (0034567)
Goranson, Parker & Bella
405 Madison Avenue, Suite 2200
Toledo, Ohio 43604
Telephone: 419-244-9500
Telecopier: 419-244-9510
jbella@gpblaw.com
Attorney for Movant

SERVICE LIST

The following is the list of **parties** who are **not** on the list to receive e-mail notice/service for this case(who therefore require manual noticing/service):

Paul F. Zacharias, Sr.  
10767 Gate Post Rd.  
Strongsville OH 44149

Vivian E. Zacharias  
10767 Gate Post Rd.  
Strongsville OH 44149

Fifth Third Bank (NE Ohio)  
1850 East Paris  
Grand Rapids MI 49546

Zipkin Whiting Co., LPA  
425 W. Bagley Rd.  
Berea OH 44017

Natalie Locigno  
5973 Glenway Dr. Unit B  
Brookpark OH 44142

The following parties served via the Court's CM/ECF system and are listed on the Court's Electronic Mail Notice List:

- Virgil E. Brown    virgil@vebtrustee.com, vbrownjr@ecf.axosfs.com
- Richard H. Nemeth    rnemeth@ohbklaw.com, blfecf@gmail.com;mail@ohbklaw.com;nemethrr81897@notify.bestcase.com
- United States Trustee    (Registered address)@usdoj.gov