# NAILAH K. BYRD

## CLERK OF COURTS
## COMMON PLEAS COURT
## CUYAHOGA COUNTY, OHIO

| | |
|---|---|
| ZIPKIN WHITING CO LPA | Case: JL15739103 |
| vs | Filed: 07/22/2015 |
| 425 WEST BAGLEY INC ET AL | Certificate of Judgment<br>Revised Code Sec. 2329 |

I, NAILAH K. BYRD, Clerk of the Common Pleas Court of Cuyahoga County, Ohio, do hereby certify that on the 16th day of July 2015, a judgment was by said Court rendered in favor of ZIPKIN WHITING CO LPA and against 425 WEST BAGLEY INC. C/O ITS STATUTORY AGENT VIVIAN ZACHARIAS and PAUL ZACHARIAS and PAUL ZACHARIAS JR and VIVIAN ZACHARIAS for the sum of $99,370.00 and interest at 3% from the 16th day of July, 2015, and $0.00 costs of suit, in a certain action then pending in said Court, CV06594535 on the docket thereof, wherein NATALIE LOCIGNO plaintiff, and 425 WEST BAGLEY INC. ETAL defendant, which said judgment appears more fully and at large in Book IMAGE page IMAGE, of said Court.

***JUDGMENT AS FOLLOWS:
PLUS COSTS.

FILED

July 22, 2015  11:38 AM
NAILAH K. BYRD
CLERK OF COURTS
CUYAHOGA COUNTY

WITNESS my hand and seal of said Court this 22nd day of July, 2015.

By _____
Deputy

Attorney: LEWIS A ZIPKIN

JL15739103    90214093

CMSR1014
© PROWARE 1997 - 2015

C of C 174/3980

# REQUEST FOR FILING CERTIFICATE OF JUDGMENT LIEN
### SEC. 2329.02 O.R.C.

Natalie Locigno
_____ PLAINTIFF

vs.

425 West Bagley, Inc., etal
_____ DEFENDANT

IN THE COURT OF COMMON PLEAS
CUYAHOGA COUNTY, OHIO

CASE NO. CV-06-594535

DATE July 22, 2015

**To The Clerk:**

Please issue Certificate of Judgment Lien:

In Favor Judgment Creditor(s) Zipkin Whiting Co., L.P.A.

Against Judgment Debtor(s) 425 West Bagley, Inc.; Paul Zacharias, Sr.; Paul Zacharias, Jr.; Vivian Zacharias

AMOUNT $ 99,370.00   INTEREST AT 3 percent FROM July 16, 2015

COSTS $ plus costs

JUDGMENT DATE July 16, 2015   REFERENCE - JOURNAL _____ PAGE _____

ISSUE TO FOREIGN COUNTY

NAME COUNTY _____   ATTORNEY Lewis A. Zipkin, #0030688

# NAILAH K. BYRD
## CLERK OF COURTS
## COMMON PLEAS COURT
## CUYAHOGA COUNTY, OHIO

NATALIE LOCIGNO

vs

425 WEST BAGLEY INC ET AL

Case: JL15739104

Filed: 07/22/2015

Certificate of Judgment
Revised Code Sec. 2329

I, NAILAH K. BYRD, Clerk of the Common Pleas Court of Cuyahoga County, Ohio, do hereby certify that on the 17th day of May 2007, a judgment was by said Court rendered in favor of NATALIE LOCIGNO and against 425 WEST BAGLEY INC. C/O ITS STATUTORY AGENT VIVIAN ZACHARIAS and PAUL ZACHARIAS and PAUL ZACHARIAS JR and VIVIAN ZACHARIAS for the sum of $78,400.00 and interest at 8% from the 17th day of May, 2007, and $0.00 costs of suit, in a certain action then pending in said Court, CV06594535 on the docket thereof, wherein NATALIE LOCIGNO plaintiff, and 425 WEST BAGLEY INC. ETAL defendant, which said judgment appears more fully and at large in Book IMAGE page IMAGE, of said Court.

***JUDGMENT AS FOLLOWS:
PLUS COSTS.

FILED
July 22, 2015  11:43 AM
NAILAH K. BYRD
CLERK OF COURTS
CUYAHOGA COUNTY

WITNESS my hand and seal of said Court this 22nd day of July, 2015.

By 
Deputy

Attorney: LEWIS A ZIPKIN

JL15739104     90214324

CMSR1014
© PROWARE 1997-2015

U9605

C of C 174/3980

**REQUEST FOR FILING CERTIFICATE OF JUDGMENT LIEN**
SEC. 2329.02 O.R.C.

Natalie Locigno
_____ PLAINTIFF
vs.
425 West Bagley, Inc,
et al.
_____ DEFENDANT

IN THE COURT OF COMMON PLEAS
CUYAHOGA COUNTY, OHIO

CASE NO. CV-06-594535
DATE July 22, 2015

To The Clerk:

Please issue Certificate of Judgment Lien:

In Favor Judgment Creditor(s) Natalie Locigno

Against Judgment Debtor(s) 425 West Bagley, Inc.; Paul Zacharias, Sr.; Paul Zacharias, Jr.; Vivian Zacharias

AMOUNT $ 78,400.00   INTEREST AT 8 percent FROM May 17, 2007
COSTS $ plus costs
JUDGMENT DATE May 17, 2007   REFERENCE - JOURNAL _____ PAGE _____
ISSUE TO FOREIGN COUNTY
NAME COUNTY _____   ATTORNEY Lewis A. Zipkin, #0030688